UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN THOMAS ENTLER and RALPH F. LEONARD,

Plaintiffs,

v.

ROB McKENNA,

Defendant.

No. C11-5081 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, (Dkts. 19 & 26) and responses thereto (Dkts. 22 & 27), and the remaining record, does hereby find and **ORDER**:

1) Plaintiff Entler's Request for Oral Argument (Dkts. 23 & 24) are DENIED.

2) The Court adopts the Report and Recommendation.

3) Defendant Rob McKenna's motion to dismiss (Dkt. 14) is **GRANTED**; Plaintiffs' federal claims against Defendant McKenna are **dismissed with prejudice**; Plaintiffs' state law claims against Defendant McKenna are **dismissed without prejudice**.

4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 19th day of September, 2010.

Ronald B. Leighton
United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1