HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN THOMAS ENTLER and RALPH F. LEONARD,

Plaintiffs,

v.

ROB McKENNA,

Defendant.

Case No. C11-5081RBL

ORDER

THIS MATTER is before the Court on Plaintiff John Thomas Entler's Motion for Reconsideration [Dkt. #30] of Order Adopting the Report and Recommendation [#28].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Under Local Rule 7, motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rule 7(h). This standard has not been met in this case. Therefore, Plaintiff John Thomas Entler's Motion for Reconsideration [Dkt. #30] is **DENIED.**

**IT IS SO ORDERED.**

Dated this 7th day of October, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE